# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

JUAN PEDRO FLORES SERRANO,                )
                                          )
    Petitioner,                        )
                                          )
v.                                        )    Case No. CIV-26-1405-SLP
                                          )
MARKWAYNE MULLIN, et al.,                 )
                                          )
    Respondents.                       )

## **O R D E R**

This matter is before the Court pursuant to its June 18, 2026 Notice directing counsel for Petitioner to file a Motion for Admission Pro Hac Vice compliant with the Court's local rules by June 22, 2026.  To date, Petitioner's counsel has failed to file such Motion, nor has he sought an extension of time to do so.

**This is the last and final admonishment that Petitioner's counsel will be provided**.  Petitioner's counsel is admonished that any further failure to comply with the Court's orders will result in the dismissal of Petitioner's claims without prejudice.  *See* Fed. R. Civ. P. 41(b); *see also Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1161 (10th Cir. 2007) (sua sponte dismissal permitted where a plaintiff fails to comply with the rules of civil procedure or the court's orders).

IT IS THEREFORE ORDERED that Petitioner's counsel shall file a Motion for Admission Pro Hac Vice that complies with LCvR83.2(g) within seven (7) days of the date of this Order, or by June 30, 2026.  Failure to comply with this Order will result in dismissal of this action without prejudice.

IT IS SO ORDERED this 23rd  day of June, 2026.

SCOTT L. PALK
CHIEF UNITED STATES DISTRICT JUDGE