**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JUAN PEDRO FLORES SERRANO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-1405-SLP |
| | ) | |
| MARKWAYNE MULLIN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

# O R D E R

The Court is in receipt of Petitioner's Emergency Motion to Enforce the Court's Order of November 6, 2026 and For Immediate Release [Doc. No. 20]. Given the nature of the relief requested, Respondents are DIRECTED to file an expedited response no later than 5:00 P.M. on Monday, November 16, 2026. No reply brief shall be filed unless the Court orders otherwise.

IT IS SO ORDERED this 13th day of November, 2026.

**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**