**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

JUAN PEDRO FLORES SERRANO, )
)
Petitioner, )
)
v. ) Case No. CIV-26-1405-SLP
)
MARKWAYNE MULLIN, et al., )
)
Respondents. )

**O R D E R**

On November 13, 2026, the Court directed Respondents to file an expedited response to Petitioner's Emergency Motion to Enforce the Court's Order of November 6, 2026 and For Immediate Release [Doc. No. 20]. *See* Order [Doc. No. 22]. The Court also stated in the Order that "[n]o reply brief shall be filed unless the Court orders otherwise." *Id.*

IT IS THEREFORE ORDERED that Petitioner's Reply in Support of Emergency Motion to Enforce the Court's Order of November 6, 2026 [Doc. No. 26] is hereby STRICKEN. If Petitioner desires to file a reply brief, he may request leave of Court to do so.

IT IS SO ORDERED this 18th day of November, 2026.

**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**